IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

v.                              No. 3:24-cr-7-DPM

RODNEY JONES                                                DEFENDANT

ORDER

1. **Schedule**.  To eliminate a Jonesboro courtroom conflict with a trial in another criminal case, the Court reschedules the trial in this case for Monday, 27 July 2026.  The delay caused by this six-day continuance is not excluded by the Speedy Trial Act.  We'll have a pretrial conference in chambers at 9:00 a.m.  We'll start with venire at 9:30 a.m.  The United States should have a witness (or witnesses) available to testify starting mid-afternoon on Monday.  The Court must recess trial for the day on Wednesday, 29 July 2026, because of an unavoidable personal obligation out of town.  The trial can carry over to Monday, August 3rd, if need be.

2. **Jury Instructions.**  The Court is attaching its current working drafts of (1) the *voir dire*, (2) the preliminary instructions, and (3) the final instructions, which include the verdict forms.  The Court's understanding is that Jones will stipulate that he was a felon when the alleged offenses occurred.  The Court will give a limiting instruction if he requests one.  Draft limiting instructions (if Jones requests them) on

the parole waiver and Rule 404(b) evidence are attached, too. Objections and suggestions due by Friday, 17 July 2026.

**3. Witnesses and Exhibits.** The parties must submit their lists of potential witnesses and exhibits to chambers (Little Rock or Jonesboro) by 1:30 p.m. on Wednesday, July 22nd. Please use the Court's forms for both exhibit and witness lists. Two binders with courtesy copies of exhibits should be submitted to Little Rock chambers, too. Video and audio exhibits must be in .mp3 or .mp4 format. The parties must submit a copy of any video or audio exhibits in that format on a jump drive. If the parties plan to use electronic exhibits, they should have paper copies available as a fall-back.

**4. *Voir Dire.*** The Court will conduct the basic questioning, with fifteen minutes of follow-up by each side. Please focus your questioning. *Voir dire* is not a time to explain the law or the burden of proof, to explain what the case is about, to seek commitments, or to pump the potential jurors full of fairness. Instead, please ask lean questions about potential jurors' experiences and views to ferret out bias. If the parties would prefer to have the Court ask certain questions, please submit them to chambers for consideration by July 17th with any comments on the draft instructions.

**5. Openings and Closings.** Twenty minutes a side for opening. Thirty minutes a side for closing.

**6. Objections.** Avoid speaking objections during the trial.

A word or two will do.  If the Court needs to hear more, then the Court will call counsel forward for a bench conference.

So Ordered.

_DPMarshall Jr._

D.P. Marshall Jr.
United States District Judge

_10 July 2026_